GEORGE CURTIS v. MAPLEWOOD EQUIPMENT CO.

October 16, 1984.

Petition for certification denied.

T.W. BERENSON v. CITY OF EAST ORANGE.

October 16, 1984.

Petition for certification denied.

LEROY L. LUDECKE AND JOSEPH TROFA v.
JACK R. COWLES.

October 16, 1984.

Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF JERSEY HOTEL
INC., FOR RETURN OF A $100,000 LICENSING FEE.

IN THE MATTER OF THE SPECIAL ASSESSMENTS IMPOSED
BY THE NEW JERSEY CASINO CONTROL COMMISSION.

October 16, 1984.

Petitions for certification denied.